District Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REZA HAMIDIMALAYERI,<br><br>            Plaintiff,<br><br>v.<br><br>CYNTHIA MUNITA, Director, Seattle Field Office, United States Citizenship and Immigration Services; L. FRANCIS CISSNA, Director, United States Citizenship and Immigration Services; KIRSTJEN NEILSEN, Secretary, Department of Homeland Security,<br><br>           Defendants. | CASE NO. C18-1709 RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS ~~(PROPOSED)~~ |

The United States of America has filed a Motion for a Stay of Case in Light of Lapse of Appropriations, in which the United States seeks a stay of proceedings entered in this case commensurate with the duration of the lapse in appropriations for the United States Department of Justice.

//

//

ORDER GRANTING MOTION FOR A STAY OF CASE IN LIGHT OF
LAPSE OF APPROPRIATIONS (PROPOSED)
C18-1709 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The Defendant's Motion for a Stay of Case in Light of Lapse of Appropriations is GRANTED. All pending deadlines for the above-captioned case are hereby STAYED and all current deadlines are hereby EXTENDED commensurate with the duration of the lapse in appropriations. The Government is responsible for notifying the Court once appropriations have been received.

DATED this 24th day of January, 2019.

Richard A. Jones
United States District Judge

Presented by:

BRIAN T. MORAN
United States Attorney

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA No. 28533
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.chan@usdoj.gov

Attorney for the Defendants

ORDER GRANTING MOTION FOR A STAY OF CASE IN LIGHT OF
LAPSE OF APPROPRIATIONS (PROPOSED)
C18-1709 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970